# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Brockton
**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf.: no   Case No.: 26-mj-6140-MPK
Same Defendant: _____   New Defendant: yes
Magistrate Judge Case Number: _____
Search Warrant Case Number: see attached
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number: see attached   ☑ Yes ☐ No

Defendant Name: Felipe Jonet-Branco   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: _____
Address: 35 Errol Rd. Brockton MA
Birth date (Yr only): 1994   SSN (last 4#): 2341   Sex: M   Race: _____   Nationality: _____

Defense Counsel if known: Hank Brennan   Address: 20 Park Plaza, Suite 400
Bar Number: 630488   Boston, MA 02116

**U.S. Attorney Information**
AUSA: David Cutshall   Bar Number if applicable: 684891

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____
Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
Matter to be SEALED: ☑ Yes ☐ No
☑ Warrant Requested   ☐ Regular Process   ☐ In Custody
Location Status: Not in custody
Arrest Date: 2/4/26

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Brockton District Court   on 2/9/26

Charging Document: ☑ Complaint   ☐ Information   ☐ Indictment
Total # of Counts: ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/13/2026   Signature of AUSA: *David Cutshall*

Case 1:26-mj-06104-SEALED* Document 3-2 Filed 02/13/26 Page 2 of 3
Case 1:26-mj-06104-M-PK Document 23-2 Filed 02/13/26 Page 2 of 3
JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Felipe Jonet-Branco

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | PWID Controlled Substances | 1 |
| Set 2 | 18 U.S.C. § 924(c) | Firearm in Furtherance of Drug Crime | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

Related Case Number Attachment

25-MJ-6341-MPK
25-MJ-6364-MPK
25-MJ-6370-MPK
25-MJ-6371-MPK
25-MJ-6388-MPK
25-MJ-6389-MPK
25-MJ-6402-MPK
25-MJ-6451-MPK
25-MJ-6452-MPK
25-MJ-6453-MPK
25-MJ-6462-MPK
25-MJ-6466-MPK
25-MJ-6592-MPK
25-MJ-6593-MPK
25-MJ-6594-MPK
25-MJ-6625-MPK
25-MJ-6626-MPK
25-MJ-6752-MPK
25-MJ-6753-MPK
25-MJ-6754-MPK
25-MJ-6755-MPK
25-MJ-6756-MPK
25-MJ-6757-MPK
25-MJ-6758-MPK
25-MJ-6759-MPK
25-MJ-6760-MPK
25-MJ-6761-MPK
25-MJ-6762-MPK
25-MJ-6763-MPK
25-MJ-6764-MPK
25-MJ-6765-MPK
25-MJ-6766-MPK
25-MJ-6814-MPK
25-MJ-6820-MPK
25-MJ-6821-MPK
25-MJ-6822-MPK

25-MJ-6397-MPK
25-MJ-6682-MPK
25-MJ-6767-MPK
26-MJ-6137-MPK
26-MJ-6138-MPK
26-MJ-6139-MPK
26-MJ-6140-MPK
26-MJ-6141-MPK